**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-1473**

─────────────

THOMAS E. TILLEY; IRIS M. TILLEY,

Plaintiffs - Appellants,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (CA-97-1-MC-D)

─────────────

Submitted: November 19, 1998      Decided: December 1, 1998

─────────────

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Thomas E. Tilley, Iris M. Tilley, Appellants Pro Se. Janet A. Bradley, Melissa Anemojanis Holton, Jeffrey Ronald Meyer, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; John Francis Corcoran, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas E. and Iris M. Tilley appeal from the district court's order denying their petition to quash a summons issued to a third-party recordkeeper. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the district court's denial of the petition. See 26 U.S.C.A. § 7609(a)(1), (c)(2)(D) (West Supp. 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED